**SO ORDERED.**

Dated: June 14, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07092

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-30731-RTB |
| Gary Kaduka Caballes and Cynthia Ann Caballes | Chapter 7 |
| Debtors. | ORDER |
| Central Mortgage Company | (Related to Docket #23) |
| Movant, | |
| vs. | |
| Gary Kaduka Caballes and Cynthia Ann Caballes, Debtors, Maureen Gaughan, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 8, 2006 and recorded in the office of the Maricopa County Recorder wherein Central Mortgage Company is the current beneficiary and Gary Kaduka Caballes and Cynthia Ann Caballes have an interest in, further described as:

> LOT 28, LAVEEN CROSSING UNIT 2, ACCORDING TO BOOK 729 OF MAPS, PAGE 34, AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 2005-0786386, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED (1) prohibiting Gary Kaduka Caballes and Cynthia Ann Caballes from filing another bankruptcy case in the District of Arizona without prior approval of this Court; (2) instructing the Clerk of the Court not to accept for filing any bankruptcy cases filed by Gary Kaduka Caballes and Cynthia Ann Caballes without this Court's prior approval; (3) instructing the Clerk of the Court, in the event a case is filed by Gary Kaduka Caballes and Cynthia Ann Caballes is mistakenly accepted for filing without this Court's prior approval, to assign that case to this Court; and (4) specifying that the provisions of 11 U.S.C. §§362(a) and 366(a) will have no effect in the event a case is filed in violation of this order.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.